Anna Niemeyer, an Infant, etc., by Elsie Niemeyer, Her Guardian ad Litem, Respondent, v. J. Francis O'Connor, Doing Business as Decorated Metal Manufacturing Company, Appellant.— Appeal discontinued by consent of the parties, without costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Patrick O'Connor, Respondent, v. Miles A. Seed, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict as to plaintiff's freedom from contributory negligence is against the weight of evidence. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Abraham Jacobs, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Emerson Colburn, Appellant, v. Warden of the City Prison, Respondent.— Order affirmed by default. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Frank T. Staples and Philip L. Holzer, as Ancillary Executors, etc., Appellants, v. Sarah Frances Mead and Frances S. Mead, as Surviving Executrices and Trustees, etc., Defendants, Impleaded with Frances S. Mead, Individually, and Others, Appellants.— Judgment affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Thomas Francis Tully, Appellant, v. Mary F. Seymour, Respondent, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred. .

Hyman Blumenthal, Appellant, v. The Brooklyn Union Elevated Railroad Company and Another, Respondents. — Motion denied without costs. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application of William Henry Hancock for Admission to the Bar. — Application granted and order signed. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

The Ossining National Bank, Respondent, v. Michael Blake and Others, Appellants. — Motion for leave to appeal to the Court of Appeals denied Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Richard M. Van Gaasbeek, Appellant, v. Tisdale Lumber Company and Others, Respondents. — Motion for reargument denied, without costs. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Stephen D. Anderson, Appellant, v. Grace D. Dodd, as Executrix, etc., Defendant, Impleaded with Grace D. Dodd, Individually, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Antonio Barattino, Respondent, v. Rapp Construction Company, Appellant, Impleaded with The Seventy-sixth Street and Park Avenue Company, Defendant. — Judgment and order unanimously affirmed, with